141 F.3d 1173
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Barbara ACKLIN; Lester Acklin; Karen Adams; Karlee Adams,
a minor, by and through her Guardian Ad Litem; Margaret
Albani; Maria Lynn Albani, a minor, by and through her
Guardian Ad Litem; William C. Albani; Vonna J. Anderson;
Lori Avila; William Avila, Sr.; Alysa Avila, a minor, and
William Avila, Jr., a minor, by and through their Guardian
Ad Litem; Karen Backus; Mary C. Backus; Scott W. Barker;
Cassandra Baucom; Karolyn Baucom; Michael Baucom; Lennis
A. Beeman; Cynthia Blundell; Lee B. Brandt; William P.
Bristow; James NMI Brown; Tina Brown; Jean Burnside;
Aulbonie Burnside, a minor, by and through her Guardian Ad
Litem; Bonnie Burnside; John Burnside, a minor, by and
through his Guardian Ad Litem; Julie L. Burnside, a minor,
by and through her Guardian Ad Litem; David Calleros;
David Ray Calleros; David R. Calleros, Derek P. Calleros, a
minor, by and through his Guardian Ad Litem; Cindy Cardoza;
Amber Cardoza, a minor by and through her Guardian Ad
Litem; Cindy A. Cardoza; Patrick Ryan Cardoza; Paul M.
Cardoza; Saundra Carrier; Roslyn J. Carrillo; Blake
Douglas Carrillo, a minor, by and through his Guardian Ad
Litem; Kyle Arturo Carrillo, a minor, by and through his
Guardian Ad Litem; Mary Kay Carrillo; Randy A. Carrillo;
Edmond D. Carroll; Madison Carroll, a minor, by and through
her Guardian Ad Litem; Martha Carroll; Amber Carter;
Glenda Carter; Joyce M. Cason; Larry Cason; Rita
Castledine; Holly J. Castro; Richard A. Castro; Shannon
J. Causey; James Cayzer; Michelle Chastain; Tamara
Chrysler; Aaron Chrysler, a minor, by and through his
Guardian Ad Litem; Melissa Chrysler, a minor, by and
through her Guardian Ad Litem; Rodger W. Clark; Amanda E.
Clark, a minor, by and through her Guardian Ad Litem;
Wendie E. Clark; Christopher D. Crow, a minor, by and
through his Guardian Ad Litem; Dorothy Day; Victor Dinkel;
Ashley Dinkel, a minor, by and through her Guardian Ad
Litem; Mary Ann Finstad; Alvaro F. Flores; Mary L.
Flores; Laura Gardner; Kayla Gardner, a minor, by and
through her Guardian Ad Litem; Keith R. Gardner, Sr.;
Kevin Gardner, a minor, by and through his Guardian Ad
Litem; Mary Gauer; Connie J. Getz; Cliff L. Getz, a
minor, by and through his Guardian Ad Litem; Jim Getz:
Scott Getz; Tammee Jo Getz, a minor, by and through her
Guardian Ad Litem; John Good; Leota Gravette: Jeffrey R.
Hafley; Tamara J. Haight; Sally L. Hatcher; Jerome B.
Hawkins; Jeremy B. Hawkins, a minor, by and through his
Guardian Ad Litem; Timothy B. Hawkins; Margaret A. Heiber;
Tammy Silvers; Kristin L. Helman, a minor, by and through
her Guardian Ad Litem; Florence Hendrix; Oscar Hendrix;
Carol Hillis; Daniel Hillis; Raymarie Holdren; Elizabeth
A. Hughes; Marla E. Hughes; Richard A. Hughes; Leigh
Hunt; Dave Johnson; Brian Keith; Elizabeth Keller; Irene
Keller; Lucy Kenyon; Michelle Lumpkin; Nicoletta A.
Martin; Vincent T. Martin; William F. Martin; Daniel
Matterson, a minor, by and through his Guardian Ad Litem;
Krystal Matterson; Edward J. McCarthy; Judith A. Mills;
Donna Mitchell; Donna Mitchell; Heather Mitchell, a minor,
by and through her Guardian Ad Litem; Joan M. Mitchell;
John Mitchell; Nelbie Moon; Jeffrey W. Mullenax; Ophelia
Mullenax, a minor, by and through her Guardian Ad Litem;
Merry L. Nelson; Jeremy Norberg; Sherry Norberg; Tawni
Norberg, a minor, by and through her Guardian Ad Litem;
Patty Nymeyer; Christine B. Oliver; Lester C. Park;
Gloria Peterson; Henry C. Peterson; Wanda F. Peterson;
Allison B. Purtteman, a minor, by and through her Guardian
Ad Litem; Barry Purtteman; Eric Purtteman; Eric
Purtteman, a minor, by and through his Guardian Ad Litem;
Mark A. Purtteman; Francis P. Ramirez; Martin J. Ramirez;
Roberto Ramirez; Francis Ramirez; Elizabeth Reaser;
Joshua Reaser, a minor, by and through his Guardian Ad
Litem; Ryan Reaser, a minor, by and through his Guardian Ad
Litem; Carol J. Rosenberg; Sandra K. Salisbury; Paul J.
Sessions, a minor, by and through his Guardian Ad Litem;
Rusty L. Sessions; Stephanie Marie Sessions, a minor, by
and through her Guardian Ad Litem; Virginia Shaw; Chastity
Silvers, a minor, by and through her Guardian Ad Litem;
Cheryl Silvers; Dinnis Silvers; Steven R. Silvers; Tammy
Silvers; Travis Silvers, a minor, by and through his
Guardian Ad Litem; Daniel J. Stafford, a minor, by and
through his Guardian Ad Litem; Fred J. Stafford; Jason
Stafford; Joan Stafford; Joan C. Smothers; Kathy
Stafford; Linda Stafford; Roger Stafford; Stephen
Stafford; Paula Stewart; Janice Tibbs; Jonathan W. Tibbs;
a minor, by and through his Guardian Ad Litem; Jennifer
Tomlinson, a minor, by and through her Guardian Ad Litem;
Pam Tucker; April W. Tucker, a minor, by and through her
Guardian Ad Litem; Dwain A. Tucker; Joshua A. Tucker, a
minor, by and through his Guardian Ad Litem; Robin Unwin, a
minor, by and through her Guardian Ad Litem; Earle J.
Walsh; Lillian C. Walsh; Robert L. Wills; Robert Wells,
Jr.; Sara Wells, Plaintiffs-Appellees,
v.
LOCKHEED MARTIN CORPORATION, Defendant-Appellant.
 No. 97-56072.
D.C. No. CV-97-02636-HLH.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Feb. 3, 1998.
Decided Feb. 20, 1998.
 
 Appeal from the United States District Court for the Central District of California Harry L. Hupp, District Judge, Presiding.
 Before PREGERSON, HALL, and NOONAN, Circuit Judges.
 
 
 1
 ORDER*
 
 
 2
 This court has no jurisdiction over Lockheed's appeal of the district court's order remanding this case to the state court. See 28 U.S.C. § 1447(d). We note for the record that plaintiffs' counsel agreed during oral argument to waive and not to assert in state court any claims based on the collateral estoppel or res judicata effect of the federal proceedings.
 
 
 3
 APPEAL DISMISSED.
 
 
 
 *
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3